**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-7625**

_____

SONJA LYNN WILLIAMS,

Plaintiff - Appellant,

versus

ANNA POWERS, a/k/a Ann Powell, Fluvanna
Therapeutic Community Program,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.   James C. Turk, Senior District
Judge.  (CA-02-31)

_____

Submitted:  December 16, 2002      Decided:  December 23, 2002

_____

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Sonja Lynn Williams, Appellant Pro Se.  Pamela Anne Sargent,
Assistant Attorney General, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Sonja Lynn Williams appeals the district court's order denying relief on her 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Williams v. Powers</u>, No. CA-02-31 (W.D. Va. Oct. 18, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>